NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARK JACKSON,                          )
                                       )
          Appellant,                   )
                                       )
v.                                     )      Case No. 2D14-3605
                                       )
MICHELLE JACKSON,                      )
                                       )
          Appellee.                    )
_____)

Opinion filed June 5, 2015.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Mark Jackson, pro se.

Jaime L. Wallace and Mark C. Dungan
of Icard, Merrill, Cullis, Timm, Furen &
Ginsburg, P.A., Sarasota, for Appellee.


PER CURIAM.

          We treat this appeal as a petition for certiorari, see Fla. R. App. P.

9.040(c), and deny the petition.



WALLACE, KHOUZAM, and CRENSHAW, JJ., Concur.